# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **MARCUS TERRELL PIPER,** <br><br>      *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00022-TES-CHW-2** |

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant Marcus Piper's Unopposed Motion for Continuance [Doc. 41]. On July 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Fentanyl, Possession with Intent to Distribute Fentanyl, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, all in violation of 21 U.S.C. § 846—in connection with § 841(a)(1) & (b)(1)(C)—and 18 U.S.C. §§ 2, 924(c)(1)(A). Defendant entered a plea of not guilty. [Doc. 34].

Defendant seeks a continuance because his counsel needs more time to retrieve and review discovery. [Doc. 41, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 41] and **CONTINUES** this case to **November 18, 2024**. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and

Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 3rd day of September, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
