IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARCUS TERRELL PIPER,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:24-cr-00022-TES-CHW-2 |

**ORDER GRANTING UNOPPOSED**
**MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Marcus Piper's Unopposed Motion for Continuance [Doc. 45]. On July 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Fentanyl, Possession with Intent to Distribute Fentanyl, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, all in violation of 21 U.S.C. § 846—in connection with § 841(a)(1) & (b)(1)(C)—and 18 U.S.C. §§ 2, 924(c)(1)(A). Defendant entered a plea of not guilty. [Doc. 34].

Defendant seeks a continuance because his counsel needs more time to retrieve and review discovery. [Doc. 45, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 45] and **CONTINUES** this case to **December 2, 2024**. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and

Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 21st day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
